ERRATA

*Hyundai Heavy Industries Co., Ltd. v. United States*, Court No. 17-cv-00054, Confidential Slip Op. 18-101, dated August 14, 2018

Page 9: On line 1 of footnote 5, replace "[[11 and 16]]" with "11 and 16"

Page 9: On line 2 of footnote 5, replace "[[11]]" with "11"

Page 9: On line 3 of footnote 5, replace "[[16]]" with "16"

Page 9: In footnote 6, replace "[[Transportation, offloading, and supervision]]" with "Transportation, offloading, and supervision"

Page 20: On line 1 of footnote 9, replace "[[84 and 91]]" with "84 and 91"

Page 20: On line 1 through line 2 of footnote 10, replace "[[local control panels for main transformers (MT), stand-by auxiliary transformers (SAT), and unit auxiliary transformers (UAT)]]" with "local control panels for main transformers (MT), stand-by auxiliary transformers (SAT), and unit auxiliary transformers (UAT)"

Page 23: On line 1 of footnote 11, replace "[[product price and detail]]" with "product price and detail"

Page 28: On line 2 through line 5 of footnote 12, replace "[["Transformer Monitoring," "On-line Dissolved Gas & Moisture Monitor," "Magnetic Liquid-Level Indicators," "Pressure-Relief Devices," "Rateof-Rise Fault Pressure Relay," "Bladder Integrity Relay," "Dial-Type Top-Oil Thermometer," "Dial-Type Winding Thermometer," and "Transformer Nameplate]]" with ""Transformer Monitoring," "On-line Dissolved Gas & Moisture Monitor," "Magnetic Liquid-Level Indicators," "Pressure-Relief Devices," "Rateof-Rise Fault Pressure Relay," "Bladder Integrity Relay," "Dial-Type Top-Oil Thermometer," "Dial-Type Winding Thermometer," and "Transformer Nameplate""

Page 28: On line 6 through line 11 of footnote 12, replace "[["Fault Gas Analyzer," "LAN Ethernet Switch," "Fiber Optic Temperature Monitoring/Control & Sensors," "Top Oil/Winding Temperature Instrument," "Thermometers," "Fan And Oil Pump Motors," "Oil Level Sight Glass," "Buchholz Relay," "Fault Pressure Relay," "Seal-In Relay," "Rupture Disk Assembly Failure Relay," "Auxiliary Relays," "Alarm Contacts," "Tap-Changer Operator," "Identification Plates, and "Valves"]]" with ""Fault Gas Analyzer," "LAN Ethernet Switch," "Fiber Optic Temperature Monitoring/Control & Sensors," "Top Oil/Winding Temperature Instrument," "Thermometers," "Fan And Oil Pump Motors," "Oil Level Sight Glass," "Buchholz Relay," "Fault Pressure Relay," "Seal-In Relay,"

"Rupture Disk Assembly Failure Relay," "Auxiliary Relays," "Alarm Contacts," "Tap-Changer Operator," "Identification Plates," and "Valves""

August 22, 2018